FILED

APR 2 5 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GIOVANNI VINCENZO TILOTTA (3),<br>WAIEL YOUSIF ANTON (5)<br><br>Defendants. | Case No.:  19-cr-4768-GPC<br><br>[~~PROPOSED~~] **THIRD AMENDED PRETRIAL ORDER** |

Being continued from March 15, 2022, trial shall now commence on August 30, 2022 at 8:30 a.m.

IT IS HEREBY ORDERED that the parties shall comply with the following deadlines in advance of trial in this matter, in addition to the deadlines previously imposed:

1. The United States shall disclose draft summary charts pursuant to Fed. R. Evid. 1006 no later than August 9, 2022, identifying any summaries' underlying documents and admissibility. The defense shall make similar disclosure no later than August 23, 2022.

2. If not already produced, the parties will exchange materials subject to 18 U.S.C. § 3500, Rule 26.2, and *Giglio* no later than August 9, 2022.

3. The parties shall exchange exhibit lists, and the United States shall serve a copy of its witness list, on August 16, 2022.

4. The parties shall serve and file proposed *voir dire* questions and verdict forms no later than August 23, 2022.

IT IS SO ORDERED.

DATED: __4/25__, 2022

_____
HON. GONZALO P. CURIEL
United States District Judge
Southern District of California